UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JOSUE PAGUADA, on behalf of himself and all others similarly situated,

                          Plaintiff,        21 Civ. 361 (LGS)

           -against-                  ORDER

Dexter-Russel, Inc.,

                         Defendant.
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pre-trial conference in this matter is scheduled for March 11, 2021, at 11:00 a.m. (Dkt. No. 5).

WHEREAS, pursuant to the Individual Rules, the parties were required to file a joint letter and proposed case management plan on March 4, 2021.

WHEREAS, the parties failed to file the joint letter or proposed case management plan. It is hereby

**ORDERED** that, if Plaintiff is in communication with Defendant, the parties shall file the joint letter and proposed case management plan as soon as possible and no later than **March 8, 2021**. If Defendant refuses to cooperate in the preparation of these documents, Plaintiff shall prepare and file them. If Plaintiff is not in communication with Defendant, as soon as possible and no later than **March 8, 2021**, Plaintiff shall file a letter (i) summarizing his efforts to contact Defendant and (ii) requesting adjournment of the initial pretrial conference.

Dated: March 5, 2021
       New York, New York

                                                LORNA G. SCHOFIELD
                                                **UNITED STATES DISTRICT JUDGE**