

# Mars Khaimov Law, PLLC

108-26 64th Avenue, Second Floor

Forest Hills, NY 11375

Tel.: 929.324.0717

Fax: 929.333.7774

E-mail: marskhaimovlaw@gmail.com

March 8, 2021

<u>VIA ECF</u>
Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl St.
New York, New York 10007

**The application is GRANTED in part.  The initial pre-trial conference scheduled for March 11, 2021, at 11:00 a.m., is adjourned to April 1, 2021, at 11:00 a.m.**, on the following conference call line:  888-363-4749, access code 558-3333.  The time of the conference is approximate but the parties shall be ready to proceed at that time.

**SO ORDERED**

Dated:  March 8, 2021
            New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:     <u>Josue Paguada v. Dexter-Russell, Inc.; 1:21-cv-00361-LGS</u>

To the Honorable Judge Schofield,

    This office represents the Plaintiff in the above-referenced action. Respectfully, Plaintiff is submitting this joint letter-motion seeking an adjournment of the initial pretrial conference, currently scheduled for March 11, 2021. Plaintiff's counsel will be traveling and unavailable to appear for the conference on the scheduled date.  Additionally, the Parties are nearing an agreement of terms in furtherance of an amicable resolution of the matter, and judicial intervention is not deemed necessary at this time, respectfully.

    This is the first time this relief is being sought from the Court, and both Parties consent. The Parties' proposed new date for the initial pretrial conference to take place is April 15, 2021, or any date agreeable to the Court thereafter.

    Respectfully,

    **/s/ Mars Khaimov, Esq.**

**Cc: Robert B. Golden, Esq.
      Nolte Lackenbach Siegel**

