UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
JOSUE PAGUADA, on behalf of himself and all
others similarly situated,

                              Plaintiffs,          21 Civ. 361 (LGS)

             -against-                      ORDER

DEXTER-RUSSELL, INC.,

                             Defendant.
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Court has been informed that Plaintiff Paguada and Defendant have reached a settlement in principle in this case (Dkt. No. 10). Accordingly, it is hereby

      **ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days of this Order. Any application to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences are CANCELLED.

Dated: March 24, 2021
       New York, New York

                                                    LORNA G. SCHOFIELD
                                           UNITED STATES DISTRICT JUDGE